IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| MOUSSA DIARRA, | * |
| Plaintiff, | * |
| v. | Case No.  5:21-CV-00247-MTT-CHW |
| | * |
| RHEA CONNOLLY , | |
| | * |
| Defendant. | |
| | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated July 29, 2021, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendant.

This 2nd day of August, 2021.

David W. Bunt, Clerk

s/ Tydra Miller, Deputy Clerk